UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN,<br><br>  Petitioner,<br><br>v.<br><br>THE PEOPLE OF THE SATE OF CALIFORNIA, et al.,<br><br>  Respondent. | Case No. 21-cv-03298-HSG<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE; DIRECTIONS TO CLERK** |

Petitioner, a state prisoner currently incarcerated at Galiban Conservation Camp, has filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  He has paid the filing fee.  Dkt. No. 17.  Petitioner challenges a December 2019 conviction and related March 2020 sentence from Napa County Superior Court in Case No. CR 183654.[2]  Dkt. No. 1.  Petitioner has challenged this conviction and sentence in a prior petition, which is still pending.  *See Coleman v. People State of California*, C No. 21-cv-0049-HSG ("*Coleman I*"), Dkt. No. 1 (N.D. Cal. Jan. 5, 2021).[3]  When a *pro se* petitioner files a new petition in the district court while an earlier-filed petition is still pending, the district court must construe the new petition as a motion to amend the pending petition rather than as an unauthorized second or successive petition.  *Woods v. Carey*, 525 F.3d 886, 887–90 (9th Cir. 2008).  Accordingly, the Court closes this case as

---

[1] This action was originally filed on or about May 3, 2021, but was dismissed on July 29, 2021 for failure to pay the filing fee because the payment check was addressed incorrectly and Petitioner did not correct the deficiency.  Dkt. Nos. 1, 8, 9.  This action was reopened on September 1, 2021, and the filing fee was paid on September 10, 2021.  Dkt. Nos. 16, 17.
[2] Petitioner has filed multiple petitions regarding this conviction: *Coleman I*; *Coleman v. Nguyen, et al.*, C No. 18-cv-3439 LHK; *Coleman v. People of State of Calif.*, C No. 21-cv-0050 LHK; and *Coleman v. People of State of Calif.*, C No. 21-cv-1195 LHK.
[3] On June 30, 2021, the Court stayed *Coleman I* so that Petitioner could exhaust his state court remedies for the claims raised in *Coleman I*.

filed in error as required by *Woods*. The Clerk of the Court is directed to construe the initial petition (Dkt. No. 1) as a request for leave to file an amended petition; and file Dkt. No. 1 in *Coleman v. People State of California*, Case No. 21-cv-0049-HSG.

**IT IS SO ORDERED.**

Dated: 2/23/2022

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge